Erika ENEMAN and Amy Nadler, Plaintiffs-Appellants-Petitioners,

v.

Pat RICHTER, Susan Riseling, David Williams, Defendants-Respondents,

PER MAR SECURITY & RESEARCH, Oxford Health Plans (Connecticut), Inc., Defendants. [Case No. 96–2893]

Tara L. HARRISON, Gary Harrison and Louise Harrison, Plaintiffs-Appellants-Petitioners,

v.

Pat RICHTER, Mike Green and Susan Riseling, Defendants-Respondents,

PER MAR SECURITY & RESEARCH, Cigna Health Care, Defendants,

David WILLIAMS, Defendant-Respondent,

STRUCK & IRWIN FENCE, INC., XYZ Insurance Corp., Defendants. [Case No. 96–2895]

Alyson J. BEROWITZ, and Stephen S. Berowitz, Plaintiffs-Appellants-Petitioners,

v.

Pat RICHTER, Mike Green, Susan Riseling, Defendants-Respondents,

PER MAR SECURITY & RESEARCH, Defendant,

David WILLIAMS, Defendant-Respondent,

STRUCK & IRWIN FENCE, INC., XYZ Insurance Corporation, Defendants. [Case No. 96–2916]


Rebecca S. LEVINE, David P. Levine, The Guardian Life Insurance Company of America, Plaintiffs-Appellants-Petitioners,

v.

Pat RICHTER, Mike Green, Susan Riseling, Defendants-Respondents,

PER MAR SECURITY & RESEARCH, Defendant,

David WILLIAMS, Defendant-Respondent,

STRUCK & IRWIN FENCE, INC., XYZ Insurance Corporation, Defendants. [Case No. 96–2917]


Susan K. ROEMER, Plaintiff-Appellant-Petitioner,

BLUE CROSS & BLUE SHIELD UNITED OF WI, Involuntary-Plaintiff,

v.

Susan RISELING, Defendant-Respondent,

David WILLIAMS, Defendant,

Patrick RICHTER, Defendant-Respondent,

Michael GREEN, Defendant,

David WARD, Defendant-Respondent,

UW-MADISON, Per Mar Security & Research, Struck & Irwin Fence, Inc., Defendants. [Case No. 96–2937]

Stephanie M. KAPLAN, Plaintiff-Appellant-Petitioner,

JOHN ALDEN LIFE INSURANCE COMPANY, a foreign insurance corporation, Involuntary-Plaintiff,

v.

Susan RISELING, Defendant-Respondent,

David WILLIAMS, Defendant,

Patrick RICHTER, Defendant-Respondent,

Michael GREEN, Defendant,

David WARD, Defendant-Respondent,

UW-MADISON, Per Mar Security & Research, Struck & Irwin Fence, Inc., Defendants. [Case No. 96–2938]


Adam P. READ, Plaintiff-Appellant-Petitioner,

v.

Susan RISELING, Defendant-Respondent,

David WILLIAMS, Defendant,

Patrick RICHTER, Defendant-Respondent,

Michael GREEN, Defendant,

David WARD, Defendant-Respondent,

UNIVERSITY OF WISCONSIN - MADISON, Per Mar Security & Research, Struck & Irwin Fence, Inc., Defendants. [Case No. 96–2939]

Supreme Court

*Nos. 96–2893, 96–2895, 96–2916, 96–2917, 96–2937, 96–2938, 96–2939. Oral argument January 6, 1999.—Decided March 3, 1999.*

260

(Also reported in 589 N.W.2d 414.)

For all the plaintiffs-appellants-petitioners there were joint briefs by *Lester A. Pines* and *Cullen, Weston, Pines & Bach*, Madison; *Richard F. Rice* and *Fox & Fox*, Madison; *Mark L. Thomsen* and *Cannon & Dunphy, S.C.*, Brookfield and oral argument by *Mark Thomsen & Lester A. Pines*.

For the defendants-respondents the cause was argued by *John J. Glinski*, assistant attorney general, with whom on the brief was *James E. Doyle*, attorney general.

Amicus curiae brief was filed by *Edward E. Robinson* and *Warshafsky, Rotter, Tarnoff, Reinhart & Bloch, S.C.*, Milwaukee for the Wisconsin Academy of Trial Lawyers.

¶ 1. PER CURIAM. The court is equally divided on whether to affirm or reverse the decision of

the court of appeals. Justice Donald W. Steinmetz, Justice William A. Bablitch, and Justice Jon P. Wilcox would affirm; Justice Ann Walsh Bradley, Justice N. Patrick Crooks, and Justice David T. Prosser would reverse. Chief Justice Shirley S. Abrahamson did not participate.

¶ 2.   Accordingly, the decision of the court of appeals is affirmed.